

# Fourth Court of Appeals
## San Antonio, Texas

January 24, 2020

No. 04-19-00698-CV

**IN THE INTEREST OF J.R.B., JR.,** A Child,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02035
Honorable Richard Garcia, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due January 27, 2020.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court